UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61147-CIV-SINGHAL

ENDER RAMON FLORES-DUARTE,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Respondents.
______________________________________/

**ORDER**

**THIS CAUSE** is before the Court upon its *sua sponte* review of the docket. Petitioner filed his Petition on April 19, 2026. *See* (DE [1]). Respondents were ordered to show cause and timely filed their Response on May 4, 2026. *See* (DE [5], [6]). To facilitate the expeditious and accurate resolution of the case, the Court ordered Petitioner to reply to the Response and "address all disputes of material fact, if any, or else certify none." (DE [7]) (emphasis omitted). Petitioner ignored that order and has otherwise failed to prosecute. In addition, Petitioner apparently had a hearing before the Immigration Judge on June 3, 2026, although this Court was not advised of the outcome. (DE [6], Exhibit 4). This is what Petitioner requested in his moving papers. (DE [1]). Pursuant to the Court's inherent power to dismiss actions for failure to comply with its orders, *see Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017), it is hereby

**ORDERED AND ADJUDGED** that:

1. The Petition (DE [1]) is **DENIED**;
2. The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 14th day of August 2026.

Copies furnished counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE